AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

United States Courts
Southern District of Texas
FILED
*January 23, 2023*
Nathan Ochsner, Clerk of Court

United States of America
v.
FRANK BLANCO and DESTINEE GUERRERO

*Defendant(s)*

Case No. **4:23-mj-116**

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of November 13, 2022 in the county of Harris in the Southern District of Texas, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18 United States Code 2119 and 2 | Aiding and Abetting Carjacking |

This criminal complaint is based on these facts:

See attached probable cause statement.

☑ Continued on the attached sheet.

*Complainant's signature*

Special Agent Joseph Gregory, FBI
*Printed name and title*

Sworn to before me by telephone

Date: 01/23/2023

*Judge's signature*

City and state: Houston, TX

Yvonne Y. Ho, United States Magistrate Judge
*Printed name and title*

**4:23-mj-116**

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Joseph Gregory, being duly sworn, depose and state:

1. I am a Special Agent with the Federal Bureau of Investigation (FBI) and have been so employed since July 2018. I hold a Juris Doctor degree from New York Law School, and prior to joining the FBI, I was an attorney for over five years. In my capacity as an FBI Special Agent, I have participated in investigations of various federal criminal violations including violent crimes, money laundering, and other complex financial crimes. I am currently assigned to the Violent Crimes Squad in the Houston Division and was previously assigned to the Money Laundering and Financial Institution Related Fraud Squad. Over the years, I have conducted or participated in physical surveillances, Title III electronic surveillances, the execution of search warrants, debriefings of informants, and attended specialized and advanced trainings related to both violent and complex financial crimes. Through my training, education, and experience, including conversations with other law enforcement officers, I have become familiar with the patterns of activity regarding aggravated robbery suspects and the methods they employ to plan, coordinate, and conduct these robberies.

2. This Affidavit is made in support of a criminal complaint charging Frank Blanco and Destinee Guerrero with Aiding and Abetting Carjacking in violation of Title 18 U.S.C. § 2119 and 2. I am familiar with the information contained in this Affidavit based upon the investigation I have personally conducted and my conversations with other law enforcement officers involved in this investigation.

3. Because this Affidavit is being submitted for the limited purpose of securing a criminal complaint, I have not included each and every fact known to me concerning this investigation. I have set forth only those facts that I believe are necessary to establish probable cause that a violation of Title 18 U.S.C. § 2119 has been committed by Frank Blanco and Destinee Guerrero. Where statements of others are set forth in this Affidavit, they are set forth in substance and in part.

1

## FACTUAL BASIS TO SUPPORT PROBABLE CAUSE

4. The FBI and Houston Police Department (HPD) are investigating a carjacking that occurred at in the Southern District of Texas. The incident was captured on video by security cameras, the vehicle stolen was not manufactured in the State of Texas, the assault resulted in serious bodily injury, and complainant identified the assailants as Frank Blanco (BLANCO) and Destinee Guerrero (GUERRERO), as detailed below.

5. Per HPD report, on November 13, 2022, at approximately 0907 hours, HPD officers were dispatched to an Aggravated Robbery / Carjacking at the Exxon referenced above. Officers arrived and met with the victim, Gonzalo Zamora-Mazariego (ZAMORA). ZAMORA is a 58-year-old male who was working as an Uber driver at the time of the incident.

6. ZAMORA stated as follows:
   a. On the morning of November 13, 2022, he picked up a male and a female who were unknown to him at the time but whom he later identifies (see Paragraph 11) as Frank BLANCO and Destinee GUERRERO. The pickup occurred around West Tidwell and Eastex Freeway in Houston, Texas. BLANCO and GUERRERO kept changing their drop-off location. After approximately 30 minutes of indecision as to a drop off location, ZAMORA refused to drive them around anymore. A verbal argument between the parties escalated to the point where ZAMORA attempted to call police while driving.
   b. ZAMORA then pulled into the Exxon gas station located at 3003 Ella Boulevard in Houston, Southern District of Texas. ZAMORA asked BLANCO and GUERRERO to get out of his vehicle. They refused. ZAMORA ran inside the Exxon and yelled for the employee to call 911. ZAMORA then returned to his vehicle and again attempted to get BLANCO and GUERRERO out of his vehicle.
   c. At this time, both BLANCO and GUERRERO exited the vehicle, physically assaulted ZAMORA, caused serious injury, and stole his vehicle.

7. INTERSTATE NEXUS: ZAMORA was driving a 2018 Honda HRV, manufactured in Mexico.

8. Officers and Agents reviewed video footage of the incident captured by Exxon security cameras and observed the following:

   a. As ZAMORA returned to his vehicle from inside the Exxon, BLANCO and GUERRERO exit the vehicle in an aggressive manner. BLANCO began taking multiple swings at ZAMORA with a closed fist, striking him in the head and face several times. While ZAMORA was attempting to defend himself, GUERRERO began to attack him from behind. BLANCO forcefully shoved ZAMORA to the ground, where both BLANCO and GUERRERO proceeded to strike ZAMORA with closed fists and stomp his head with their feet.

   b. During this time, GUERRERO repeatedly struck ZAMORA with what appears to be a black unidentified blunt force object in the head. At one point, GUERRERO appears to look through ZAMORA's coat pockets as BLANCO continues to beat ZAMORA.

   c. GUERRERO attempts to drag ZAMORA's apparently unconscious body by his coat for approximately one foot before both GUERRERO and BLANCO temporarily walk away a short distance. Shortly after, GUERRERO returns to ZAMORA's body, which appears to still be unconscious, rolls him over onto his back and proceeds to strike him in the genitalia with a closed fist numerous times before ultimately being pulled away by BLANCO.

9. Affiant notes, the beating of ZAMORA continued for approximately five minutes; several minutes of which the complainant appears to be unconscious, and yet, the assault continues. The video shows BLANCO and GUERRERO then fled the scene in ZAMORA's Uber vehicle. ZAMORA's vehicle was ultimately recovered by HPD on or about November 24, 2022 after being found illegally parked with no occupants inside.

10. SERIOUS BODILY INJURY: ZAMORA was transported to the hospital, where medical records show that he suffered a broken nose, broken orbital socket, concussion, and multiple serious lacerations among other injuries. A photograph of ZAMORA following the incident is below:



11. IDENTIFICATION: In early December, HPD received anonymous tips through Crime Stoppers of Houston with possible suspects, including information which led them to BLANCO and GUERRERO. On December 27, 2022, HPD created two separate photo arrays: one for each BLANCO and GUERRERO. In each, HPD used five other booking photographs of individuals with similar characteristics to the corresponding possible suspect. The photo arrays were presented to ZAMORA. ZAMORA identified both GUERRERO and BLANCO with certainty in each instance.

12. ARREST WARRANT: Based on the above information, the Harris County District Attorney's Office accepted charges for Aggravated Robbery – Serious Bodily Injury for both GUERRERO and BLANCO, and arrest warrants were issued for both individuals. On December 28, 2022, BLANCO was arrested by HPD after leaving his residence and placed in Harris County Jail.

13. INTERVIEW: Following his arrest BLANCO was interviewed by HPD officers. During this interview, BLANCO identified himself in the video footage detailed above and admitted to his participation in the Aggravated Robbery of ZAMORA. BLANCO also identified Destinee GUERRERO by name as the other assailant in the video.

14. Warrant service attempts for GUERRERO have not been successful - she was not located at her place of residence or other known addresses. During an attempt to arrest GUERRERO on December 28, 2022 at her residence, HPD called GUERRERO on her phone. GUERRERO identified herself, but then hung up after the officer began asking her

questions. As of January 10, 2023, GUERRERO was using the same phone number the officer called to speak with an inmate in Harris County Jail. In one recorded phone call, GUERRERO discussed with the inmate about not being able to go anywhere due to her being wanted (by law enforcement).

15. Based upon the information delineated above, I believe that probable cause exists for the issuance of a Criminal Complaint charging Frank BLANCO and Destinee GUERRERO with Aiding and Abetting Carjacking in violation of Title 18 U.S.C. § 2119 and 2.

Joseph Gregory
Special Agent, FBI

Subscribed and sworn to before me, via telephone, this 23rd day of January 2023 and I find probable cause.

Yvonne Y. Ho
United States Magistrate Judge

5