# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

United States of America, §
§
§
v. §
§    Criminal Action No. H-23-79
§
Destinee Guerrero, §
§
Defendant. §
§

## ORDER

Pending before the Court is Defendant's Motion for Continuance (Document No. 46). Having considered the motion, submissions, and applicable law, the Court determines the motion should be denied. Accordingly, the Court hereby

**ORDERS** that Defendant's Motion for Continuance (Document No. 46) is **DENIED.**

SIGNED at Houston, Texas, on this __*19*__ day of May, 2023.

DAVID HITTNER
United States District Judge